UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Maria Cristina Rios                    Chapter 13
                                               Case No.

                                               APPLICATION FOR COMPENSATION;
                                               DECLARATION

Debtor(s)_____/

1.      Debtor(s') attorney, _____, requests the approval of attorney's fees in the sum of $_____ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division).  Of the sum requested, the amount of $_____ has been previously paid to Debtor(s') attorney.

2.      In addition to the basic case, the Debtor(s') case involves:

        ___     Real property claims
        ___     Compromise plan use
        ___     Certain additional real property: ____ piece(s)
        ___     State or federal tax claims
        ___     Vehicle loans or leases
        ___     An operating business
        ___     Support arrears
        ___     Student loans
        ___     25 or more creditors
        ___     Motion to commence or extend the automatic stay

3.      A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4.      All fees are subject to Court approval, whether paid in advance or through the plan.

        I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


Dated: _____          _____
                                          Attorney for Debtor(s)

Rev. 6/06